UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:06-cr-00160 |
| | ) | 3:06-cr-00161 |
| JAMES CAULEY, | ) | CHIEF JUDGE CRENSHAW |
| | ) | |
| Defendant. | ) | |

## **ORDER**

The Defendant, James Cauley shall appear before the Court on **October 30, 2017**, at 9:00 a.m. for a disposition hearing on the petition to revoke his supervised release.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE